**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RANDY JAMES JANGULA,<br><br>Defendant - Appellant. | Nos. 11-30334<br> 11-30335<br><br>D.C. Nos. 4:02-cr-00048-SEH<br> 4:03-cr-00038-SEH<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted May 15, 2012[**]

Before:    CANBY, GRABER, and M. SMITH, Circuit Judges.

In these consolidated cases, Randy James Jangula appeals from the

consecutive 12-month sentences imposed following revocation of supervised

release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jangula contends that his aggregate sentence is substantively unreasonable.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

In light of the totality of the circumstances and the sentencing factors enumerated in 18 U.S.C. § 3583(e), the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**